Semple v. Eyeblaster, Inc. et al                                                                 Doc. 1

Duval & Stachenfeld LLP
Attorneys for Defendant
By: Allan N. Taffet, Esq. (AT-5181)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ELIZABETH SEMPLE,                                            :
                                                             :
                          Plaintiff,                         :
                                                             :
         -against-                                           :
                                                             :
EYEBLASTER, INC., GAL TRIFON,                                :
LEHMAN BROTHERS, INC., and                                   :
DEUTSCHE BANK SECURITIES INC.,                               :
                                                             :
                          Defendants.                        :
------------------------------------------------------------ x

ECF CASE (HAB) (THK)

08 Civ. 9004 (HB)



# DEFENDANT DEUTSCHE BANK SECURITIES INC.'S NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendant Deutsche Bank Securities Inc. ("DBSI") hereby removes the state court action described below to this Court pursuant to 28 U.S.C. § 1441 and Local Civil Rule 81.1.

1.      On September 15, 2008, plaintiff Elizabeth Semple ("Semple") filed a copy of a summons and verified complaint (the "Summons and Verified Complaint") with the Supreme Court of the State of New York, Count of New York for an action captioned, <u>Elizabeth Semple v. Eyeblaster, Inc., et al.</u>, Index No. 650339/08 (the "State Court Action"). The Summons and Verified Complaint are attached to this Notice as Exhibit A.

Dockets.Justia.com

2. On September 18, 2008, DBSI received a copy of the Summons and Verified Complaint by personal service on an authorized agent in the Office of the Secretary of State, of the State of New York.

3. Pursuant to 28 U.S. § 1446(b), this Notice of Removal is timely because it is filed within thirty days from DBSI's receipt of the Summons and Verified Complaint.

4. For this action, complete diversity of citizenship exists among the parties under 28 U.S. § 1332(a)(2). Upon information and belief, plaintiff Semple is a citizen of the State of New Jersey and resides in New Jersey. Complaint ¶ 2. Semple's precise address is unknown at this time. Defendant Gal Trifon ("Trifon") is the chief executive office of Eyeblaster Inc. Complaint ¶ 4. Upon information and belief, Trifon is a citizen of the State of New York and resides in New York. Trifon's precise address is unknown at this time.

5. Defendant Eyeblaster, Inc. ("Eyeblaster") is a Delaware corporation with its principal place of business in New York. Complaint ¶ 3. Thus, Eyeblaster is considered a citizen of Delaware and/or New York. Defendant Lehman Brothers, Inc ("Lehman") is a Delaware Corporation with its principal place of business in New York. Complaint ¶ 5. Thus, Lehman is considered a citizen of Delaware and/or New York. DBSI is a Delaware corporation with its principal place of business in New York. Complaint ¶ 6. Thus, DBSI is considered a citizen of Delaware and/or New York.

6. In the State Court Action, Eyeblaster was served a copy of the Summons and Verified Complaint on October 1, 2008; Trifon was served a copy of the Summons and Verified Complaint on October 1, 2008; Lehman was served a copy of the Summons and Verified Complaint on September 19, 2008; and DBSI was served a copy of the Summons and Verified Complaint on September 18, 2008.

7. Based on the allegations of the Verified Complaint, the plaintiff Semple is seeking damages in the amount in excess of $450,000. The amount in controversy in this action, therefore, exceeds the $75,000 jurisdictional amount.

8. Pursuant to 28 U.S. § 1446(a), venue in this District is proper because this is the District within which the State Court Action is pending.

9. Pursuant to 28 U.S. § 1446(a) and Local Civil Rule 81.1, attached hereto as Exhibit B is a copy of all process, pleadings, and orders served upon the defendants in the State Court Action.

10. Pursuant to 28 U.S. § 1446(d), defendant has contemporaneously filed a copy of this Notice with the Supreme Court of the State of New York, New York County and served a copy upon all other parties to the State Court Action.

11. Pursuant to 28 U.S. § 1914, defendant has included with this Notice of Removal a filing fee of $350.

WHEREFORE, defendant respectfully requests that the State Court Action be removed to this Court for all further proceedings and disposition.

Dated: New York, New York
October 20, 2008

Respectfully submitted,
Duval & Stachenfeld LLP

By: _____
Allan N. Taffet, Esq. (AT-5181)
Duval & Stachenfeld LLP
300 East 42nd Street, 3rd Floor
New York, NY 10017
Tel. No.: (212) 883-1700

Attorneys for Defendant
Deutsche Bank Securities Inc.

To:  Marc M. Isaac, Esq.
Law Office of Marc M. Isaac PLLC
210 Moore Avenue
Freeport, New York 11520
Tel. No.: (516) 750-1422
Attorney for Plaintiff

Patrick M. Collins, Esq.
McCarter & English, LLP
245 Park Avenue, 24th Floor
New York, NY 10167
Tel. No.: (212) 609-6849
Attorneys for Defendants
Eyeblaster, Inc., and Gal Trifon

Hughes Hubbard & Reed LLP
Counsel for Lehman Brothers Inc., SIPC Trustee
One Battery Place Plaza
New York, New York 10004
Tel. No.: (212) 837-6375
Attn.: Jeff Margolin, Esq.